**Order filed November 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00570-CV
_____

**BILLY KALLUS, Appellant**

**v.**

**AUCTION.COM, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37654**

## O R D E R

Appellant's brief was due October 28, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court within thirty days of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM